**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Cashelia Canelle Lewis, Debtor                    Case No. 24-51798-KMS
                                                                                      **CHAPTER 13**

### NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: June 17, 2026                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                                  The Rollins Law Firm, PLLC
                                                                  P.O Box 13767
                                                                  Jackson, MS 39236
                                                                  601-500-5533
                                                                  trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Cashelia Canelle Lewis, Debtor        Case No. 24-51798-KMS
                                                       **CHAPTER 13**

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1.  Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 12/17/2024.
2.  Debtor is paying approximately 0% to General Unsecured Debts through the plan.
3.  Debtor has filed a Motion to Modify her Chapter 13 Plan to surrender her 2017 Hyundai Tucson, which is in poor running condition.
4.  A Supplemental Schedule I and J (Dk #26) has been filed evidencing debtor's current income and expenses and demonstrating her ability to make the proposed direct payments for the vehicle loan.
5.  Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with an interest rate not to exceed 25.00% and monthly payments not to exceed $450.00.
6.  Debtor will make payments directly to the lender in accordance with the terms of the loan agreement.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASHELIA CANELLE LEWIS

CASE NO: 24-51798-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/18/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/18/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASHELIA CANELLE LEWIS

CASE NO: 24-51798-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/18/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/18/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51798-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUN 17 13-13-17 PST 2026

ALLY CAPITAL
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

1ST FRANKLIN
803 US HWY 98 BYPASS
STE B
COLUMBIA  MS 39429-3710

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMIN SERVICES
PO BOX 880
TOCCOA GA 30577-0880

AIDVANTAGE ON BEHALF OF THE DEPARTMENT OF E
DEPT OF ED LOAN SERVICES
PO BOX 300001
GREENVILLE  TX 75403-3001

EXCLUDE

(D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL  INC
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON  IL 55438-0901

AVANT LLC
ATTN BANKRUPTCY
222 W MECHANDISE MART
STE 900
CHICAGO  IL 60654-1105

AVANTWEBBANK
222 NORTH LASALLE ST
SUITE 1600
CHICAGO  IL 60601-1112

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD  MI 48034-8331

COMMUNITY CHOICE
6111 US HWY 98
STE 60
HATTIESBURG  MS 39402

COMMUNITY CHOICE FINANCIAL
15 BULL STREET SUITE 200
SAVANNAH  GA 31401-2686

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

DEVRY UNIVERSITY
4225 NAPERVILLE RD
SUITE 400
LISLE  IL 60532-3699

FINGERHUT
ATTN BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD  MN 56303-0820

FINGERHUT FETTI
ATTN BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD  MN 56303-0820

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MERIT HEALTH
PO BOX 848488
DALLAS  TX 75284-8488

MERIT HEALTH WESLEY
CO PASI
PO BOX 188
BRENTWOOD TN 37024-0188

MERRICK BANK
ATTN BANKRUPTCY
PO BOX 5000
DRAPER  UT 84020-5000

MICHAEL LEWIS  JR
12 WEST PECAN LN
HATTIESBURG  MS 39402-8834

NAVIENT
ATTN  BANKRUPTCY
PO BOX 9635
WILKES BARRE  PA 18773-9635

PERSONAL FINANCE  LLC
1835 HARDY ST
HATTIESBURG  MS 39401-4914

QUANTUM3 GROUP LLC AS AGENT FOR
CASCADE CAPITAL FUNDING LLC
PO BOX 788
KIRKLAND  WA  98083-0788

SELF FINANCIAL INC
ATTN BANKRUPTCY
515 CONGRESS AVE
STE 1550
AUSTIN  TX 78701-3539

EXCLUDE

SOUTHERN BONE  JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG  MS 39401-8246

THE WINN BROWN LAW FIR
PO BOX 249
SOUTHAVEN  MS 38671-0003

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201 5022

DEBTOR

EXCLUDE

WESLEY HEALTH SYSTEM  LLC DBA MERIT HEALTH W
CO DAVID L MENDELSON  ESQ
MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS  TN 38187-0235

CASHELIA CANELLE LEWIS
12 W PECAN LN
HATTIESBURG  MS 39402-8834

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403 0566

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236 3767